THE PARK HILL SANITARIUM CORPORATION, Respondent, v. CHARLES ROBINSON, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

INSURA COLLECTIONS, INC., Respondent, v. HARRY NAGELBERG, Respondent, and MARY J. BEARDSLEE, as Executrix, etc., of LESTER E. BEARDSLEE, Deceased, and MAX KAPHAN, Appellants, Impleaded with Others.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

THE PEOPLE OF THE CITY OF NEW YORK, on the Complaint of MAX WEISS, Respondent, v. JOHN F. CRONIN, Appellant.— Judgment unanimously reversed, the information dismissed and the fine remitted, upon the ground that the defendant's guilt was not established beyond a reasonable doubt. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

CATHERINE BOYLE and JOHN BOYLE, Respondents, v. FREDERICK MEYER, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

ARTHUR J. PATTERSON, Respondent, v. JAMES R. KENNY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN HICKEY, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ. [157 Misc. 592.]

CONSTANCE KELLY HOWARD, Respondent, v. ROBERT H. HOWARD, Impleaded, Defendant, and GEORGE ROSENDALE, as 'Substituted Trustee under a Deed of Trust Made by ROBERT H. HOWARD and CONSTANCE KELLY HOWARD, Dated November 12, 1926, Defendant, Appellant.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of the Rehabilitation of NEW YORK TITLE AND MORTGAGE COMPANY. In the Matter of a Plan for the Readjustment, Modification or Reorganization of the Rights of All the Holders of Mortgage Investments Represented by Series A-2 Guaranteed First Mortgage Certificates, Issued and Guaranteed by NEW YORK TITLE AND MORTGAGE COMPANY.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.

In the Matter of EDWARD WILLIS MAYER, an Incompetent. HORACE L. MAYER, as Committee of the Property of EDWARD WILLIS MAYER, an Incompetent Person, Appellant; MINNIE MAYER, as Committee of the Person and WILLIAM B. HOFSTADTER, Special Guardian of EDWARD WILLIS MAYER, an Incompetent Person, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements to the respondent Minnie Mayer, as committee of the person. No opinion. Present — Martin, P. J., McAvoy, Untermyer, Dore and Cohn, JJ.